# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **BRANDON CRAIG WOOD,** *Plaintiff,* v. **Counselor GIBBONS,** *Defendant.* | **CIVIL ACTION NO.** **5:18-cv-00464-TES-CHW** |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 35] to grant Defendant's Motion for Summary Judgment [Doc. 23] and dismiss without prejudice Plaintiff's claims against Defendant Gibbons based upon a failure to exhaust his administrative remedies as required by the Prison Litigation Reform Act. [Doc. 35, pp. 4–6, 8]. However, in the alternative, the magistrate judge also recommends the Court grant Defendant's Motion on qualified immunity grounds. [*Id.* at pp. 6–8]. No objections have been filed to the magistrate judge's recommendation. Therefore, the Court reviewed his findings for clear error. 28 U.S.C. § 636(b)(1)(A).

After due consideration, the Court, finding no clear error, **ADOPTS** the Report and Recommendation [Doc. 35] and **MAKES IT THE ORDER OF THE COURT**.

Accordingly, consistent with the magistrate judge's recommendation, the Court **GRANTS** Defendant's Motion for Summary Judgment [Doc. 23] and **DISMISSES without prejudice** this action.

    **SO ORDERED**, this 12th day of November, 2020.

                                        S/ Tilman E. Self, III
                                        **TILMAN E. SELF, III, JUDGE**
                                        **UNITED STATES DISTRICT COURT**